UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWIN OTERO,
    Plaintiff

v.                                        C.A. No. 09-511 S

OFFICER MARK DENNES,
ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on December 10, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1).  No objection having been filed to the Report & Recommendation, Defendants Ashbel T. Wall, Nancy Bailey, and James Weeden are hereby DISMISSED.

By Order,

/s/ Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: 1/6/10